**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**KIMBERLY KENNEDY**

    **Plaintiff**

    **v.**

**BERKEL & COMPANY**
**CONTRACTORS, INC.**

**and**

**DWAYNE W. BRUCE**

    Defendants      **Case No. 1:17-cv-01248-DLF**

**VERDICT FORM**

1. Do you find that Dwayne Bruce was Kimberly Kennedy's supervisor, with authority to affect the terms and conditions of her employment?

Yes   _____

No   _____

If yes, go on to Question 3. If no, answer the following question:

2. Do you find that Defendant Bruce held a sufficiently high position in the management hierarchy of Defendant Berkel so as to be the proxy or alter ego of Berkel?

Yes   _____

No   _____

**COUNTS I AND II: HOSTILE WORK ENVIRONMENT (SEX)**

3. Has Kimberly Kennedy proved by a preponderance of the evidence that she was subjected to a hostile work environment as a result of her sex?

Yes   _____

No   _____

1

If the answer to Question No. 3 is "no," proceed to Question No. 5. If the answer to Question No. 3 is "yes," proceed to Question No. 4.

      4.     What amount of damages do you award plaintiff for this claim?

**Past** Medical Expenses:    $_____

**Future** Medical Expenses:    $_____

**Past** Mental Distress, Physical and Emotional Pain and Suffering, Loss of Enjoyment of Life, Aggravation of Pre-Existing Condition, and Inconvenience: $_____

**Future** Mental Distress, Physical and Emotional Pain and Suffering, Loss of Enjoyment of Life, Aggravation of Pre-Existing Condition, and Inconvenience: $_____

## COUNTS III AND IV: HOSTILE WORK ENVIRONMENT (RELIGIOUS BELIEFS)

      5.     Has Kimberly Kennedy proved by a preponderance of the evidence that she was subjected to a hostile work environment as a result of her religious beliefs?

Yes     _____

No     _____

If the answer to Question No. 5 is "no," proceed to Question No. 7. If the answer to Question No. 5 is "yes," proceed to Question No. 6.

      6.     What amount of damages do you award plaintiff for this claim?

**Past** Medical Expenses:    $_____

**Future** Medical Expenses:    $_____

**Past** Mental Distress, Physical and Emotional Pain and Suffering, Loss of Enjoyment of Life, Aggravation of Pre-Existing Condition, and Inconvenience: $_____

**Future** Mental Distress, Physical and Emotional Pain and Suffering, Loss of Enjoyment of Life, Aggravation of Pre-Existing Condition, and Inconvenience: $_____

## COUNTS V AND VI: DISCRIMINATORY TERMINATION

      7.     Has Kimberly Kennedy proved by a preponderance of the evidence that she was discriminatorily terminated?

Yes     _____

No     _____

If the answer to Question No. 7 is "no," proceed to Question No. 9. If the answer to Question No. 7 is "yes," proceed to Question No. 8.

      8.     What amount of damages do you award plaintiff for this claim?

**Past** Medical Expenses:    $_____

**Future** Medical Expenses:    $_____

**Past** Mental Distress, Physical and Emotional Pain and Suffering, Loss of Enjoyment of Life, Aggravation of Pre-Existing Condition, and Inconvenience: $_____
**Future** Mental Distress, Physical and Emotional Pain and Suffering, Loss of Enjoyment of Life, Aggravation of Pre-Existing Condition, and Inconvenience: $_____

## COUNT VII: RETALIATION

9. Has the Plaintiff, Kimberly Kennedy, proved by a preponderance of the evidence, that she was retaliated against in her termination from Berkel & Co. Contractors, Inc.?

Yes _____

No _____

10. Has the Plaintiff, Kimberly Kennedy, proved by a preponderance of the evidence, that she was retaliated against in Dwayne Bruce attempting to silence her?

Yes _____

No _____

11. Has the Plaintiff, Kimberly Kennedy, proved by a preponderance of the evidence that she was retaliated against through Dwayne Bruce forcing her to engage in sexual activities?

Yes _____

No _____

If the answers to Questions Nos. 9, 10, and 11 are all "no," then go to Question 13. If your answer to any one or more of Questions Nos. 9, 10, and 11 is "yes," proceed to Question No. 12.

12. What amount of damages do you award plaintiff for this claim?
**Past** Medical Expenses:     $_____
**Future** Medical Expenses:     $_____
**Past** Mental Distress, Physical and Emotional Pain and Suffering, Loss of Enjoyment of Life, Aggravation of Pre-Existing Condition, and Inconvenience: $_____
**Future** Mental Distress, Physical and Emotional Pain and Suffering, Loss of Enjoyment of Life, Aggravation of Pre-Existing Condition, and Inconvenience: $_____

## PUNITIVE DAMAGES

13. Do you find, by clear and convincing evidence, that Kimberly Kennedy is entitled to Punitive Damages from Dwayne Bruce?

Yes _____

No _____

If the answer to Question No. 13 is "no," proceed to Question No. 15. If the answer to Question No. 13 is "yes," proceed to Question No. 14.

3

14.    What amount of Punitive Damages do you award Kimberly Kennedy against Dwayne Bruce?

$_____

15.    Do you find, by clear and convincing evidence, that Kimberly Kennedy is entitled to Punitive Damages from Berkel & Co. Contractors, Inc.?

Yes    _____

No     _____

If the answer to Question No. 15 is "no," STOP, date and sign the verdict form.  If the answer to Question No. 15 is "yes," proceed to Question No. 16.

16.    What amount of Punitive Damages do you award Kimberly Kennedy against Berkel & Co. Contractors, Inc.?

$_____

DATED:    _____

JURY FOREPERSON: _____

4