IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY KENNEDY<br><br>    Plaintiff<br><br>v.<br><br>BERKEL & COMPANY CONTRACTORS, INC., et al.<br>    Defendant | Case No. 1:17-cv-01248-DLF |

### NOTICE OF ERRATA TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE*

Counsel for Plaintiff respectfully submits this *errata* to Plaintiff's Opposition to Defendants' Motion *in Limine*, filed on March 10, 2022, at Docket No. 98, in order to correct an inadvertent clerical error. The Opposition to Defendants' Motion *in Limine* was filed in a format that hindered legibility. Additionally, redactions were not properly applied to one of the provided exhibits. Counsel is concurrently filing a corrected Opposition that corrects this mistake and makes no other changes.

Respectfully submitted,

_____/s/*Philip B. Zipin*_____
Philip B. Zipin, Bar # 03932
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Phone: 301-587-9373
Email: pzipin@zagfirm.com


_____/s/ *Norman G. Schneider*_____
Norman G. Schneider, Bar # 415524
Kamerow Law Firm, PLLC
4900 Leesburg Pike, Suite 310
Alexandria, Virginia 22302
Phone:(703)370-8088
Email: nschneider@kamerowlaw.com

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of March, 2022, I served a copy of the foregoing on Defendants, via this Court's CM/CF system, through their counsel of record.

                                                        /s/*Philip B. Zipin*
                                                        Philip B. Zipin