IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

KIMBERLY KENNEDY

     **Plaintiff**

     v.

**BERKEL & COMPANY
CONTRACTORS, INC.,** *et al*.

     **Defendants**

**Case No. 1:17-cv-01248-DLF**

## <u>LINE OF JUDGMENT AND SATISFACTION</u>

As per the settlement agreement announced in court on June 2, 2023, please enter judgment in favor of Plaintiff Kimberly Kennedy and against Defendants Berkel and Company Contractors, Inc., and Dwayne W. Bruce, jointly and severally, on each count as noted below, in the amount of $2,250,000.

| | |
|---|---|
| Count 1 | Hostile Work Environment (Title VII - Sex) (Originally Count 3) against Berkel |
| Count 2 | Hostile Work Environment (Title VII - Religion) (Originally Count 4) against Berkel |
| Count 3 | Hostile Work Environment (DCHRA - Sex) (Originally Count 9) against Berkel and Bruce |
| Count 4 | Hostile Work Environment (DCHRA - Religion) (Originally Count 10) against Berkel and Bruce |
| Count 5 | Discriminatory Termination (Title VII - Sex) (Originally Count 5) against Berkel |
| Count 6 | Discriminatory Termination (DCHRA - Sex) (Originally Count 11) against Berkel and Bruce |
| Count 7 | Retaliation (DCHRA) (Originally Count 7) against Berkel and Bruce |

Pursuant to agreement between the parties, Defendants have agreed to pay attorney's fees and costs to Plaintiff's counsel, Zipin, Amster & Greenberg, LLC and Kamerow Law Firm, PLLC, in the total amount of $1,100,000.

As both the judgment and payment of attorney's fees and costs have been fully paid, the Clerk should mark this judgment as "Paid and Satisfied".

Respectfully submitted,

**ZIPIN, AMSTER & GREENBERG, LLC**

By: /s/ *Philip B. Zipin*
Philip B. Zipin, Bar Number #367362
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 587-9373
pzipin@zagfirm.com

*Counsel for Plaintiff Kimberly Kennedy*

**KAMEROW LAW FIRM, PLLC**

By: /s/ *Norman G. Schneider*
Norman G. Schneider, #415526
4900 Leesburg Pike, Suite 130
Alexandria, VA 22302
(703) 370-8088
nschneider@kamerowlaw.com

*Counsel for Plaintiff Kimberly Kennedy*

## Certificate of Service

I HEREBY CERTIFY that on this 18th day of August, 2023, I served a copy of the foregoing via this Court's CM/CF system on Defendants through their counsel:

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER**

By: /s/ *Celena R. Mayo*
Celena R. Mayo (*pro hac vice*)
Angela Russell
150 E. 42nd St.
New York, NY 10017
212 490-3000
212 490-3038 (Fax)

250 W. Pratt Street, Suite 2200
Baltimore, MD 21201
410.539.1800
410.962.8758 (Fax)
celena.mayo@wilsonelser.com
angela.russell@wilsonelser.com

**POLSINELLI P.C.**

By: /s/ *Denise K. Drake*
Denise K. Drake (*pro hac vice*)
900 W. 48th Place, Suite 900
Kansas City, MO 64112
(816) 550-7557
ddrake@polsinelli.com

*Counsel for Defendant Berkel & Company Contractors, Inc.*

**GORDON & REES, LLP**

By: /s/ *Brian Adam Scotti*
Brian Adam Scotti (#497125)
Courtney R. Abbott (#488653)
1101 King Street
Alexandria, VA 22314
Suite 520
202 399-1009
202 800-2999 (Fax)
bscotti@grsm.com
cabbott@grsm.com

*Counsel for Defendant Dwayne W. Bruce*

/s/ *Philip B. Zipin*
Philip B. Zipin